## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            :
                                     :
            Plaintiff,               :
                                     :
    v.                               :     Criminal Action No. 05- 95M-MPT
                                     :
LONYAE S. LOPER,                     :
                                     :
            Defendant.               :

### INFORMATION

The United States Attorney for the District of Delaware alleges and charges that:

### COUNT I

On or about June 16, 2004, in the State and District of Delaware, the defendant,

LONYAE S. LOPER, an employee of the United States Postal Service, did knowingly convert to

her own use monies in the sum of $430 that came under her control in the execution of her

employment with the Postal Service, in violation of the regulations of the Postal Service, all in

violation of Title 18, United States Code, Section 1711.

                          COLM F. CONNOLLY
                          United States Attorney


                    BY: _____
                          Adam Safwat
                          Assistant United States Attorney

Date:   June 30, 2005


┌─────────────────────────┐
│      F I L E D          │
│                         │
│      JUN 30 2005        │
│                         │
│     U.S. DISTRICT COURT │
│   DISTRICT OF DELAWARE  │
└─────────────────────────┘