IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| v. ) | Criminal Action No. **05-95M-MPT** |
| **LONYAE LOPER** ) | |
|     Defendant. ) | |

## NOTICE OF SCHEDULING

WHEREAS, the defendant has informed the court that she intends to enter a plea of guilty to the charges pending against her in this court,

IT IS HEREBY ORDERED that the Change of Plea Hearing for the above defendant is scheduled for __11/3/05 at 1:00 p.m.__, in Courtroom 6C of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

Dated: October 13, 2005

_____
Honorable Mary Pat Thynge
United States Magistrate Judge



FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE