AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
LONYAE S. LOPER

Felton, DE 19943

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   05-95M-MPT

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 7/28/05 @ 1:00pm |

** Please Report to the U.S. Marshal's Service in Room# 100 by 12:00 pm.

To answer a(n)
x  Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___1711___

Brief description of offense:

MISAPPROPRIATING POSTAL FUNDS

2005 JUL 27 AM 8:46

BY: /s/ N. Kincaid, Deputy Clerk
Signature of Issuing Officer

7/18/2005 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via art mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _7-26-05_
         Date

_Dw Thomas_
Name of United States Marshal

_ST Pahry_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.