# FEDERAL PUBLIC DEFENDER
District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010   FAX (302) 573-6041

**Penny Marshall**
Federal Public Defender

**Christopher S. Koyste**
Assistant Federal Public Defender

**Eleni Kousoulis**
Assistant Federal Public Defender

**Jonathan Pignoli**
Research and Writing Specialist

November 8, 2005

Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 King Street, Sixth Floor
Wilmington, DE 19801

      Re:    **United States v. Lonyae Loper**
               **Docket No. 05-95M-MPT**

Dear Judge Thynge:

    It is my understanding that the Change of Plea hearing for Ms. Loper in the above-referenced matter is currently scheduled for November 17, 2005 at 1:00 p.m. I have a revocation hearing on another matter scheduled at 2:00 p.m. on that same date in front of another Judge. Mr. Kincaid informed me that the Court is available on November 23, 2005 at 8:30 a.m. I would respectfully request that Ms. Loper's change of plea hearing be re-scheduled to that date and time.

    Should Your Honor have any questions, please feel free to contact me.

                                              Sincerely,

                                              /s/ Eleni Kousoulis
                                              Eleni Kousoulis
                                              Assistant Federal Public Defender
                                              Attorney for Defendant Lonyae Loper

cc:    Adam Safwat, AUSA